**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Lawrence S. Walter
United States Bankruptcy Judge

**Dated: November 02, 2009**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No: 08-32035 |
|     Evan Karambelas | : | |
|     Sheryl L. Karambelas | : | Chapter 7 |
|         Debtors | : | Walter, J. |
| | : | |
| RUTH A. SLONE, Trustee | : | Adv. # 09-3044 |
|         Plaintiff | : | |
| vs. | : | ORDER GRANTING AVOIDANCE |
| | : | AND RECOVERY OF PREFERENTIAL |
| Photini Karambelas, et al. | : | TRANSFER AND DISALLOWING |
|         Defendants | : | EXEMPTION OF RECOVERED |
| | : | TRANSFER |

_____

    Pursuant to the October 28, 2009 Oral Decision of the Court;

    **IT IS ORDERED** that Plaintiff/Trustee is entitled to avoidance of preferential transfers in the amount of $9,900 made by Debtor/Defendant, Evan Karambelas, to Defendant, Photini Karambelas.

    **IT IS FURTHER ORDERED** that Plaintiff/Trustee is entitled to recovery of the $9,900 transferred from Defendant, Photini Karambelas.

    **IT IS FURTHER ORDERED** that the debtors, Evan & Sheryl Karambelas, may not claim an exemption from the $9,900 recovered.

**IT IS SO ORDERED.**

cc: OFFICE OF THE U.S. TRUSTEE, 170 N. HIGH ST., SUITE 200, COLUMBUS, OH 43215
RUTH A. SLONE, P.O. BOX 3340, DAYTON, OH 45401-3340
MARY K. C. SOTER, ESQ., 5518 NORTH MAIN STREET, DAYTON, OH 45415-3455

###